IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARLETT R. WHITE, | ) | CASE NO. 8:07CV258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., H & R ACCOUNTS, INC., and BOYS TOWN NATIONAL RESEARCH HOSPITAL, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Notice of Case Dismissal as against Defendants H & R Accounts, Inc. and Boys Town National Research Hospital, only. The Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i). Accordingly,

IT IS ORDERED:

1. The Plaintiff's Notice of Case Dismissal (Filing No. 9) is approved;

2. The Complaint is dismissed with prejudice as to Defendants H& R Accounts, Inc. and Boys Town National Research Hospital, only;

3. As between the Plaintiff Sharlett R. White and the Defendants H & R Accounts, Inc. and Boys Town National Research Hospital, the parties shall pay their own costs and attorney fees unless otherwise agreed in writing by and between them;

4. The Clerk shall terminate H & R Accounts, Inc. and Boys Town National Research Hospital as defendants in this action; and

5. The Plaintiff's claims as alleged in her Complaint against the Defendant Experian Information Solutions, Inc. shall go forward.

DATED this 24th day of July, 2007.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge