# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Sharlett R. White, | Case No. 8:07cv258 |
| Plaintiff, | |
| vs. | **ORDER GRANTING LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Experian Information Solutions, Inc., | |
| Defendant. | |

THIS MATTER is before the Court on the Plaintiff's Motion for Leave to file her First Amended Complaint (filing no. 16). The objection deadline passed and no objections to said motion were filed.

AND THE COURT, being fully advised in the premises, finds that said Motion (filing no. 16) should be granted and that Plaintiff is granted leave to file her First Amended Complaint (filing no. 16-2).

IT IS ORDERED:

1. Plaintiff's Motion for Leave to file her First Amended Complaint (filing no.16) is granted;

2. Plaintiff shall have five business days from the date of this order by which to file her First Amended Complaint.

DATED August 23, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge