# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHARLETT R. WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CV258** |
| v. | ) | |
| | ) | **ORDER** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge by plaintiff's attorney, Pam Car, on behalf of all remaining parties,

**IT IS ORDERED:**

1. On or before **December 5, 2007**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All case progression deadlines and/or hearings are hereby terminated and cancelled upon the representation that this case is settled.

**DATED November 1, 2007.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett**
                                                    **United States Magistrate Judge**