IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARLETT R. WHITE, | ) | CASE NO. 8:07CV258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Stipulation should be approved.

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 36) is approved;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees unless they have otherwise agreed in writing.

DATED this 20th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge